FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2024 MAY 10  PM 3: 56

# UNITED STATES DISTRICT COURT

US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

for the

BY _____ CR

District of

Division

MARK BRADARICH
2806 REAL STREET
AUSTIN, TX   78722

Case No. 1:24 CV 00502 RP
(to be filled in by the Clerk's Office)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

-v-

SEE ATTACHED

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARK BRADARICH |
| Street Address | 2806 E REAL STREET |
| City and County | AUSTIN, TRAVIS COUNTY TEXAS |
| State and Zip Code | TEXAS 78722 |
| Telephone Number | 737-235-4012 |
| E-mail Address | NATUREGUY4@YAHOO.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

"ATTACHED"

1. SHERRIF DAVID RHODES          928 - 771-
   255. E GURLEY
   PRESCOTT, AZ    86301

2. YAVAPAI COUNTY ARIZONA
   1015 FAIR STREET
   PRESCOTT, AZ,    86305

   YAVAPAI COUNTY SHERRIF
   255 E. GURLEY
   PRESCOTT, AZ    86301

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          DAVID RHODES

Job or Title *(if known)*      SHERRIF

Street Address                 255 E GURLEY

City and County                PRESCOTT, YAVAPI COUNTY

State and Zip Code             ARIZONA     86301

Telephone Number               928 - 771 - 3260

E-mail Address *(if known)*

Defendant No. 2

Name                          YAVAPI COUNTY ARIZONA SHERRIF DEPT.

Job or Title *(if known)*

Street Address                 255 E GURLEY

City and County                PRESCOTT, YAVAPI COUNTY

State and Zip Code             ARIZONA   86301

Telephone Number               928 - 771 - 3260

E-mail Address *(if known)*

Defendant No. 3

Name                          YAVAPI COUNTY ARIZONA GOVERNMENT

Job or Title *(if known)*

Street Address                 1015 FAIR STREET

City and County                PRESCOTT    YAVAPI

State and Zip Code             ARIZONA     86305

Telephone Number               928 - 771 - 3100

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question              ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* __MARK BRADARICH__, is a citizen of the State of *(name)* __TEXAS__.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

$666,666.00
FRAUD, HATE, THEFT, ASSALT ON A DISABLED AMERICAN, INFLICTED BODY INJURY. T.B.I.
POLICE BRUTALITY EXCESSIVE FORCE USED BY LAW ENFOREMENT,

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

KIDNAPPING IS MONTH OF LIFE
AND TAKE CYBER TOOLS OF PRICELESS VALUE,
KILLED DIGNITY, HEALTH, BUSINESS OPERATIONS,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/10/24

Signature of Plaintiff

Printed Name of Plaintiff    MARK BRADARICH

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address